**Order entered January 17, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-22-00716-CR

**JOHN PAUL CRUMLEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-82474-2022**

### ORDER

Appellant's third motion for extension of time to file appellant's brief is **GRANTED**, and the brief received January 13, 2023, is **ORDERED** filed as of the date of this order.

/s/    DENNISE GARCIA
        JUSTICE